FILED IN
5TH COURT OF APPEALS

2015 JAN 36 AM 11: 27

LISA MATZ, CLERK

CAUSE NO. 05-14-01510-CV

IN THE
FIFTH COURT OF APPEALS
DALLAS, TEXAS

TRENT S. GRIFFIN

Apellant,

v.

AMERICAN ZURICH INSURANCE
COMPANY

Apellee.

On appeal from the
101st District Court of
Dallas, Texas

MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FIFTH COURT OF APPEALS:

Trent S. Griffin, Apellant here and Plaintiff below, move this court to extend time to file his Appellant's Brief pursuant to Texas Rule of Appellate Procedure 38.6(d).

1. Appellant's Brief deadline for filing the brief is scheduled for February 6, 2015.

2. Apellant seek to have the time for filing the brief extended by 60 days.

3. Appellant is currently involved in multiple cases, whereas one of the

1

cases involves out of town litigation in municipal and federal courts. Moreover, Appellant is also involved in litigating another case within the Dallas, County area. Appellant's failure to timely file the Appellant's Brief is not deliberate or intentional, but is that of inadvertance, mistake or mischance. *See Meshwert v. Meshwert,* 549 S.W.2d 383, 384 (Tex. 1977); *Castillo v. Sears, Roebuck & Co.,* 663 S.W.2d 60, 62 (Tex. App.---San Antonio 1983, writ ref'd n.r.e.); Green v. Lubbock, 627 S.W.2d 868, 872 (Tex. App.--- Amarillo 1981, writ ref'd n.r.e.).

4. Appellant has not previously requested an extension regarding filing an Appellant's Brief, therefore there has not been any granting of any extensions regarding the time to file the Appellant's Brief.

5. As shown by the attached certificate of conference, Appellant Trent S. Griffin, a pro se litigant, attempted to acquire permission from the Appellee's attorney, but have not received a response for opposed or unopposed to this motion to extend time. It is assumed the extension of time is opposed by the Appellee.

FOR THE FOREGOING REASONS, Appellant respectfully prays that this court grant it an extension of time to file an Appellant's Brief under Texas Rule of Appellate Procedure 38.6(d). Appellant prays for any other relief to which it may be entitled.

Respectfully submitted,

Trent S. Griffin, pro se
724 Meandering Dr.
Cedar Hill, TX 75104

2

## CERTIFICATE OF CONFERENCE

I do hereby certify Appellant Trent S. Griffin, pro se litigant did not confer with Appelle's Counsel, because the Appelle's Counsel did not respond to Appellant's request for opposed or unopposed extension of time to file Appellant's Brief, it is assumed opposed on February 5, 2015.

CMR: 7013 1090 0002 0808 0890

Trent S. Griffin, Pro se

1

## CERTIFICATE OF SERVICE

I do hereby certify on this 5th day of February, 2015 a copy of the foregoing was sent to the defendant. The original document was filed with the Clerk of Court for filing into records.

CMR: 7013 1090 0002 0808 0890

_Trent S. Griffin, Pro se_